# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER **08CR 1822-JAH** |
| vs | ABSTRACT OF ORDER |
| Ernesto Lopez-Figueroa (1) | Booking No. **08468298** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/30/08** the Court entered the following order:

**X** ____ Defendant be released from custody. **AS TO THIS CASE ONLY.**

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $ _____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

**X** ____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

**X** ____ Other. **Δ CHARGED IN 08CR2028-JAH; MH/TS 7/21 830 AM JAH**

UNITED STATES MAGISTRATE JUDGE

OR

Received _____ W. SAMUEL HAMRICK, JR.   Clerk
DUSM                    by _____ Deputy Clerk

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY